Commonwealth ex rel. Robinson, Appellant, v.
Myers.

740

Submitted December 13, 1965. *David Robinson,* appellant, in propria persona; *Abner H. Silver* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.